■ EUGENE CLOUTIER, Respondent, v JOAN CLOUTIER, Appellant. — Order unanimously affirmed, with costs. Memorandum: Defendant wife appeals from so much of an order at Special Term as temporarily determined maintenance, pending divorce proceedings. In affirming, we note that courts have repeatedly held that " ' "the remedy for any claimed inequity in awards of temporary alimony, child support or maintenance is a speedy trial where the respective finances of the parties can be ascertained and a permanent award based on the evidence may be made" ' " (*Vesper v Vesper,* 46 AD2d 729; see *Woram v Gilliam,* 78 AD2d 796; *Sterlace v Sterlace,* 63 AD2d 450). (Appeal from order of Supreme Court, Monroe County, Rosenbloom, J. — temporary maintenance.) Present — Hancock, Jr., J. P., Callahan, Denman, Green and Moule, JJ.

■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, on Behalf of STACIA WHITE, Appellant, v GEORGE J. THORNTON, Respondent. — Order unanimously reversed, without costs, and petition reinstated. Memorandum: It appears that petitioner was informed only 15 minutes before the hearing in this matter that the doctor whose medical testimony was necessary was called on an emergency. Under those circumstances, it was an abuse of discretion for the court to deny petitioner an adjournment (Family Ct Act, § 533). (Appeal from order of Erie County Family Court, Sedita, J. — paternity.) Present — Hancock, Jr., J. P., Callahan, Denman, Green and Moule, JJ.

■ PETER PAKULIS, Respondent, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF CANANDAIGUA, Appellant and Third-Party Plaintiff. WILLIAM C. SCHMITT METAL PRODUCTS, INC., et al., Third-Party Defendants-Appellants, et al., Third-Party Defendants. — Order unanimously affirmed, with costs, for the reasons stated at Special Term, Wagner, J. (Appeals from order of Supreme Court, Ontario County, Wagner, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Doerr, Boomer and Moule, JJ.

■ THOMAS H. DAUSMAN, Appellant, v KENNETH C. KURTZ, Respondent. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Tenney, J. (Appeal from order of Supreme Court, Oswego County, Tenney, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.